LAW OFFICES OF GOLUB & ASSOCIATES, PLC
Beth I. Golub, Esq. (SBN 123584)
Mitchell S. Golub, Esq. (SBN 110549)
Stacy M. King, Esq (SBN 218215)
George A. Gonzalez (SBN 237522)
12230 El Camino Real, Suite 210
San Diego, CA 92130
Phone: (858) 457-0300 Fax: (858) 457-0301

Attorneys for Plaintiffs ANNABELLE WRIGHT, an individual, IBRAHIM BALUYOT an individual

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNABELLE WRIGHT, an individual;<br>IBRAHIM BALUYOT, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: **'14CV0822 L    BLM**<br><br>**COMPLAINT FOR MEDICAL NEGLIGENCE (Wrongful Death)**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs, complaining of Defendant, alleges:

I.

This is an action arising under the Federal Tort Claims Act, 28 United States Code §§ 2671 et seq. This Court is vested with jurisdiction pursuant to 28 United State Code § 1346(b).

II.

Plaintiffs reside at 8144 Paradise Valley Court, Spring Valley, CA 91977.

///

III.

Defendant, United States of America, operates a health care facility knows as the Naval Medical Center San Diego, in San Diego, California. In operating the hospital, defendant, United States of America, holds itself out to veterans and their dependents to use that degree of care, skill, diligence, and attention used by hospitals generally in the community in the care and treatment of patients. The hospital operated by defendant has in its employ, among others, doctors, nurses, interns, residents, student nurses, nurses' aides and other hospital personnel over which it exercises exclusive control and supervision, with the right to employ and discharge such employees.

IV.

At all times referenced to herein, there existed between the physicians and the plaintiffs' decedent, CHARLES WILBUR WRIGHT, III, the relationship of physician-patient.

V.

On or about September 20, 2012, plaintiffs' decedent presented to the above-mentioned hospital operated by defendant United States of America and come under the care and treatment of doctors and others who were likewise hospital staff and members and employees of defendant.

VI.

On September 20, 2012, while still an in-patient, agents and/or employees of defendant negligently performed aortic surgery upon plaintiffs' decedent and negligently provided post-surgical care to plaintiffs' decedent. Said negligent care caused plaintiffs' decedent's death on September 21, 2012.

VII.

Defendant and its employees, physicians and agents, in so treating plaintiffs' decedent, deviated from standard approved medical practice.

///
///
///

COMPLAINT FOR MEDICAL NEGLIGENCE (Wrongful Death)

VIII.

As a result of the negligence, carelessness and medical malpractice of defendant's physicians, employees and agents, as a direct, legal and proximate result thereof, CHARLES WILBUR WRIGHT, III was caused to and did die on September 21, 2012.

IX.

As a result of the aforesaid negligence of the defendants, and each of them, plaintiffs have been and will continue to be deprived of the love, companionship, comfort, affection, society, solace or moral support, care, counsel, all to their damage, in a sum according to proof.

X.

As a result of the aforesaid negligence of the defendants, and each of them, and the death of the decedent resulting therefrom, plaintiffs have been and will continue to be deprived of physical assistance, financial support, protection, tutelage and other household services and economic rights, all to their damage in a sum according to proof.

XI.

As a result of the aforesaid negligence of the defendants, and each of them, plaintiffs were compelled to and did incur expenses for burial of decedent, all to their damage in amounts which are not yet ascertained, and plaintiffs ask leave of court to insert the cost thereof when it is ascertained.

XII.

On or about March 19, 2013, plaintiff submitted their claim in the amount of $7,000,000.00 to the Department of the Navy Office of the Judge Advocate General Tort Claims Unit Norfolk. Plaintiffs submitted additional information to Department of the Navy Office of the Judge Advocate General Tort Claims Unit Norfolk on April 9, 2013, June 14, 2013 and again on June 28, 2013. It was as of June 28, 2013 that the claim was deemed to have been perfected and submitted. Since that time, plaintiffs have been in limited communication with Department of the Navy Office of the Judge Advocate General Tort Claims Unit Norfolk without ever receiving either an acceptance or rejection of the claim. It has been more than six months since the claim was deemed perfected and submitted.

COMPLAINT FOR MEDICAL NEGLIGENCE (Wrongful Death)

WHEREFOR, plaintiffs ANNABELLE WRIGHT and IBRAHIM BALUYOT demand judgment against defendant as follows:

(1) For general damages according to proof;

(2) For special damages according to proof;

(3) For all past medical expenses, according to proof;

(4) For burial and incidental funeral expenses, according to proof;

(5) For loss of earnings and earning capacity, according to proof;

(6) For interest on all damages, according to proof;

(7) For all costs of suit herein incurred; and

(8) For such other and further relief as the Court may deem just and proper.

Dated: April ___, 2014           **LAW OFFICES OF GOLUB & ASSOCIATES, P.L.C.**

By: _____
Beth I. Golub
Mitchell S. Golub
Stacy M. King
George A. Gonzalez
Attorneys for Plaintiff

### JURY TRIAL DEMANDED

The Plaintiff demands a trial by jury on all issues.

Dated: April ___, 2014           **LAW OFFICES OF GOLUB & ASSOCIATES, P.L.C.**

By: _____
Beth I. Golub
Mitchell S. Golub
Stacy M. King
George A. Gonzalez
Attorneys for Plaintiff

COMPLAINT FOR MEDICAL NEGLIGENCE (Wrongful Death)